Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                           Case No.:  19−19072−SLM
                           Chapter:  13
                           Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol H. Shaw−Gordon
   555 Park Avenue
   Paterson, NJ 07504

Social Security No.:
   xxx−xx−6671

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              8/14/19
Time:            08:30 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 10, 2019
JAN: rh

                                  Jeanne Naughton
                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-19072-SLM
Carol H. Shaw-Gordon                                                    Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Jul 10, 2019
                              Form ID: 132             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
```
db            +Carol H. Shaw-Gordon,    555 Park Avenue,    Paterson, NJ 07504-1006
aty           +Joseph Sourial,    301 Route 17 North,    Suite 800,    Rutherford, NJ 07070-2581
518225308     +Best Buy/cbna,    Citibank Corp/Centralized Bankruptcy,    PO Box 790034,
               Saint Louis, MO 63179-0034
518225311     +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518225312     +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
               St. Louis, MO 63179-0034
518225314     +FedLoan Servicing,    Attn: Bankruptcy Po Box 69184,    Harrisburg, PA 17106-9184
518340391     +Leroy Gordon,    555 Park Ave,    Paterson, NJ 07504-1006
518225321     +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
518279808      Navient Solutions, LLC on behalf of,    Texas Guaranteed Student Loan,
               Corporation DBA Trellis Company,    PO BOX 83100,    Round Rock, TX 78683-3100
518225322     +Rushmore Loan Mgmt Srvc,    Attn: Bankruptcy,    Po Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2019 00:47:39      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2019 00:47:35      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518225309     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2019 00:49:52      Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518259519     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 11 2019 00:50:26
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518225313     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 11 2019 00:47:14      Comenity Bank/Avenue,
               Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518340390      E-mail/Text: cio.bncmail@irs.gov Jul 11 2019 00:47:00      Department of Treasury,
               Internal Revenue Service,    Fresno, CA 93888-0025
518339842      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2019 00:50:01      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518225323     +E-mail/Text: jennifer.chacon@spservicing.com Jul 11 2019 00:48:22
               Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
               Salt Lake City, UT 84165-0250
518225324     +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2019 00:50:34      Synchrony Bank/Care Credit,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 9
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518225310*    +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City,UT 84130-0285
518225317*    +Comenity Bank/Avenue,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518225319*    +Comenity Bank/Avenue,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518225315*    +FedLoan Servicing,    Attn: Bankruptcy Po Box 69184,    Harrisburg, PA 17106-9184
518225316*    +FedLoan Servicing,    Attn: Bankruptcy Po Box 69184,    Harrisburg, PA 17106-9184
518225318*    +FedLoan Servicing,    Attn: Bankruptcy Po Box 69184,    Harrisburg, PA 17106-9184
518225320*    +FedLoan Servicing,    Attn: Bankruptcy Po Box 69184,    Harrisburg, PA 17106-9184
                                                                                  TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2               Date Rcvd: Jul 10, 2019
                               Form ID: 132             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Towd Point Mortgage Trust 2017-6, U.S. Bank National
               Association, as Indenture Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4