Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19072−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Carol H. Shaw−Gordon
 555 Park Avenue
 Paterson, NJ 07504

Social Security No.:
 xxx−xx−6671

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/3/19 and a confirmation hearing on such Plan has been scheduled for 6/26/19 @ 8:30 a.m..

The debtor filed a Modified Plan on 7/30/19 and a confirmation hearing on the Modified Plan is scheduled for 8/28/19 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

 A full copy of the modified Plan will follow this notice.

Dated: July 31, 2019
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-19072-SLM
Carol H. Shaw-Gordon                                                                            Chapter 13
              Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Jul 31, 2019
                               Form ID: 186                 Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
```
db              +Carol H. Shaw-Gordon,    555 Park Avenue,    Paterson, NJ 07504-1006
aty             +Joseph Sourial,    301 Route 17 North,    Suite 800,    Rutherford, NJ 07070-2581
518225308       +Best Buy/cbna,    Citibank Corp/Centralized Bankruptcy,    PO Box 790034,
                  Saint Louis, MO 63179-0034
518225311       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518225312       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                  St. Louis, MO 63179-0034
518225314       +FedLoan Servicing,    Attn: Bankruptcy Po Box 69184,    Harrisburg, PA 17106-9184
518340391       +Leroy Gordon,    555 Park Ave,    Paterson, NJ 07504-1006
518225321       +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
518279808        Navient Solutions, LLC on behalf of,    Texas Guaranteed Student Loan,
                  Corporation DBA Trellis Company,    PO BOX 83100,    Round Rock, TX 78683-3100
518225322       +Rushmore Loan Mgmt Srvc,    Attn: Bankruptcy,    Po Box 55004,    Irvine, CA 92619-5004
518347112       +U.S. Bank National Association, Trustee,    for the RMAC Trust, Series 2016-CTT,
                  c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
518347719        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                  Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2019 00:40:37      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2019 00:40:28      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518225309       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 00:48:45      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518259519       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2019 00:49:01
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518225313       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2019 00:40:09      Comenity Bank/Avenue,
                  Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518340390        E-mail/Text: cio.bncmail@irs.gov Aug 01 2019 00:39:35      Department of Treasury,
                  Internal Revenue Service,    Fresno, CA  93888-0025
518339842        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2019 00:47:59      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518346121        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 00:48:54
                  Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                  Norfolk VA 23541
518225323       +E-mail/Text: jennifer.chacon@spservicing.com Aug 01 2019 00:42:10
                  Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                  Salt Lake City, UT 84165-0250
518225324       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:46:42      Synchrony Bank/Care Credit,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518349997        E-mail/Text: jennifer.chacon@spservicing.com Aug 01 2019 00:42:10
                  Towd Point Mortgage Trust 2017-6, Et Al...,    c/o Select Portfolio Servicing,    P.O. Box 65250,
                  Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518225310*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City,UT 84130-0285
518225317*      +Comenity Bank/Avenue,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518225319*      +Comenity Bank/Avenue,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518375943*      +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                  Philadelphia, PA 19101-7346
518225315*      +FedLoan Servicing,    Attn: Bankruptcy Po Box 69184,    Harrisburg, PA 17106-9184
518225316*      +FedLoan Servicing,    Attn: Bankruptcy Po Box 69184,    Harrisburg, PA 17106-9184
518225318*      +FedLoan Servicing,    Attn: Bankruptcy Po Box 69184,    Harrisburg, PA 17106-9184
518225320*      +FedLoan Servicing,    Attn: Bankruptcy Po Box 69184,    Harrisburg, PA 17106-9184
                                                                                    TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2                 Date Rcvd: Jul 31, 2019
                              Form ID: 186             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:

          Emmanuel J. Argentieri    on behalf of Creditor   U.S. Bank National Association, not in its
           individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Towd Point Mortgage Trust 2017-6, U.S. Bank National
           Association, as Indenture Trustee rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                              TOTAL: 4