| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)
Joseph Sourial 040392008
301 Route 17 North
Suite 800
Rutherford, NJ 07070
2018427718
joseph@souriallaw.com

In Re:

Carol H Shaw-Gordon

Case No.: 19-19072

Chapter: 13

Hearing Date: August 14, 2019

Judge: SLM

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Joseph Sourial 040392008 ,

   ☑ am the attorney for: Carol Shaw-Gordon

   ☐ am self-represented

   Phone number: (201) 842-7718

   Email address: Joseph@Souriallaw.com

2. I request an adjournment of the following hearing:

   Matter: Confirmation Hearing

   Current hearing date and time: August 14, 2019

   New date requested: August 28, 2019

   Reason for adjournment request: Attorney Travel

3. I request an adjournment of confirmation:

   Current confirmation date and time: **August 14, 2019**

   New date requested: **August 28, 2019**

   Reason for adjournment request: **Attorney Travel**

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through **July 24, 2019**

   The meeting of creditors under § 341(a) of the Code  ☑ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☑ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Dated: 7/24/2019

Joseph Sourial 040392008
Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 8/28/19 at 8:30 a.m.           ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____           ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**