UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph Sourial, Esq., LLC
301 Route 17 North
Suite 800
Rutherford, NJ 07070
2018427718  Fax: 2018427719
joseph@souriallaw.com

Joseph Sourial 040392008

In Re:
Carol H Shaw-Gordon
                          Debtor(s)

Case No.: 19-19072
Judge: SLM
Chapter: 13

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2019 SEP -6 P 3: 16
JEANNE A. NAUGHTON
BY: /s/
DEPUTY CLERK

Recommended Local Form:  ☑ Followed    ☐ Modified

### PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, __Carol H Shaw-Gordon__, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on **09/11/2019**.

2. The above named Debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I hereby certify under penalty of perjury that the foregoing is true and correct..

DATED  09/06/2019

/s/ Carol Shaw-Gordon
Carol H Shaw-Gordon