Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  19−19072−SLM
                    Chapter:  13
                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol H. Shaw−Gordon
   555 Park Avenue
   Paterson, NJ 07504

Social Security No.:
   xxx−xx−6671

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/3/19 and a confirmation hearing on such Plan has been scheduled for 6/26/19 @ 8:30 A.M..

The debtor filed a Modified Plan on 11/12/19 and a confirmation hearing on the Modified Plan is scheduled for 12/11/19 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 18, 2019
JAN: smz

                                                      Jeanne Naughton
                                                      Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 19-19072-SLM
Carol H. Shaw-Gordon                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Nov 18, 2019
                              Form ID: 186                Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db            +Carol H. Shaw-Gordon,    555 Park Avenue,   Paterson, NJ 07504-1006
aty           +Joseph Sourial,    301 Route 17 North,   Suite 800,   Rutherford, NJ 07070-2581
518225308     +Best Buy/cbna,    Citibank Corp/Centralized Bankruptcy,   PO Box 790034,
                Saint Louis, MO 63179-0034
518225311     +Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
518225312     +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                St. Louis, MO 63179-0034
518225314     +FedLoan Servicing,    Attn: Bankruptcy Po Box 69184,   Harrisburg, PA 17106-9184
518340391     +Leroy Gordon,    555 Park Ave,   Paterson, NJ 07504-1006
518279808      Navient Solutions, LLC on behalf of,    Texas Guaranteed Student Loan,
                Corporation DBA Trellis Company,   PO BOX 83100,   Round Rock, TX 78683-3100
518225322     +Rushmore Loan Mgmt Srvc,    Attn: Bankruptcy,   Po Box 55004,   Irvine, CA 92619-5004
518347112     +U.S. Bank National Association, Trustee,    for the RMAC Trust, Series 2016-CTT,
                c/o Rushmore Loan Management Services,   PO Box 52708,   Irvine, CA 92619-2708
518347719      U.S. Department of Education,   c/o FedLoan Servicing,   P.O. Box 69184,
                Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2019 02:10:40     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2019 02:10:37      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518225309     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 19 2019 02:05:08     Capital One,
                Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518259519     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 19 2019 02:06:53
                Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518225313     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 19 2019 02:10:20     Comenity Bank/Avenue,
                Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
518340390      E-mail/Text: cio.bncmail@irs.gov Nov 19 2019 02:09:51     Department of Treasury,
                Internal Revenue Service,   Fresno, CA 93888-0025
518339842     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 02:03:55      LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518225321     +E-mail/PDF: pa_dc_claims@navient.com Nov 19 2019 02:03:53     Navient,   Attn: Bankruptcy,
                Po Box 9000,   Wiles-Barr, PA 18773-9000
518346121      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2019 02:18:14
                Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,   POB 41067,
                Norfolk VA 23541
518225323     +E-mail/Text: jennifer.chacon@spservicing.com Nov 19 2019 02:11:29
                Select Portfolio Servicing, Inc,   Attn: Bankruptcy,   Po Box 65250,
                Salt Lake City, UT 84165-0250
518225324     +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 02:03:36     Synchrony Bank/Care Credit,
                Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
518349997      E-mail/Text: jennifer.chacon@spservicing.com Nov 19 2019 02:11:29
                Towd Point Mortgage Trust 2017-6, Et Al...,   c/o Select Portfolio Servicing,   P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518225310*    +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City,UT 84130-0285
518225317*    +Comenity Bank/Avenue,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
518225319*    +Comenity Bank/Avenue,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
518375943*    +Department of Treasury,   Internal Revenue Service,   P O Box 7346,
                Philadelphia, PA 19101-7346
518225315*    +FedLoan Servicing,   Attn: Bankruptcy Po Box 69184,   Harrisburg, PA 17106-9184
518225316*    +FedLoan Servicing,   Attn: Bankruptcy Po Box 69184,   Harrisburg, PA 17106-9184
518225318*    +FedLoan Servicing,   Attn: Bankruptcy Po Box 69184,   Harrisburg, PA 17106-9184
518225320*    +FedLoan Servicing,   Attn: Bankruptcy Po Box 69184,   Harrisburg, PA 17106-9184
                                                                              TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Nov 18, 2019
                              Form ID: 186             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:

      Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    Towd Point Mortgage Trust 2017-6, U.S. Bank National Association, as Indenture Trustee rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4