JOSEPH SOURIAL
301 ROUTE 17 NORTH
SUIRE 800
RUTHERFORD, NJ  07070

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-19072

Re: CAROL H. SHAW-GORDON
555 PARK AVENUE
PATERSON, NJ 07504

Atty: JOSEPH SOURIAL
301 ROUTE 17 NORTH
SUIRE 800
RUTHERFORD, NJ 07070

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/03/2019 | $3,700.00 | 5911054000 | 07/05/2019 | $1,861.32 | 5993464000 |
| 08/12/2019 | $1,861.32 | 6086349000 | 08/15/2019 | $1,861.32 | 6098378000 |
| 08/15/2019 | ($1,861.32) | 6086349000 | 09/10/2019 | $1,861.32 | |
| 10/17/2019 | $1,861.32 | | 11/14/2019 | $1,861.32 | |
| 12/23/2019 | $1,861.32 | | | | |

**Total Receipts: $14,867.92  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $14,867.92**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| RUSHMORE LOAN MANAGEMENT SERVICES | | | | | | |
| | 01/13/2020 | $10,096.18 | 841,765 | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 01/13/2020 | $1,406.55 | 840,600 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 615.19 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,421.53 | 100.00% | 0.00 | 4,421.53 |
| 0002 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | COMENITY BANK/AVENUE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | FEDLOAN SERVICING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | NAVIENT SOLUTIONS LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | RUSHMORE LOAN MANAGEMENT SERVI | MORTGAGE ARRE | 61,755.16 | 100.00% | 10,096.18 | 51,658.98 |
| 0009 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 8,603.42 | 100.00% | 1,406.55 | 7,196.87 |
| 0010 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | CAPITAL ONE BANK (USA) NA | UNSECURED | 3,962.84 | 100.00% | 0.00 | 3,962.84 |
| 0014 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | FEDLOAN SERVICING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | FEDLOAN SERVICING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

Chapter 13 Case # 19-19072

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | UNITED STATES TREASURY/IRS | PRIORITY | 2,992.51 | 100.00% | 0.00 | 2,992.51 |
| 0018 | LVNV FUNDING LLC | UNSECURED | 1,997.88 | 100.00% | 0.00 | 1,997.88 |
| 0019 | LVNV FUNDING LLC | UNSECURED | 4,019.79 | 100.00% | 0.00 | 4,019.79 |
| 0020 | UNITED STATES TREASURY/IRS | UNSECURED | 16.04 | 100.00% | 0.00 | 16.04 |

**Total Paid: $14,867.92**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $14,867.92    -    Paid to Claims: $11,502.73    -    Admin Costs Paid: $3,365.19    =    Funds on Hand: $0.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.