| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>US Bank NA, not in its individual capacity but solely as trustee for the Roosevelt Mortgage Acquisition Company Trust, Series 2016-CTT | Order Filed on November 12, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| CAROL H. SHAW-GORDON<br>xxx-xx-6671<br>                Debtor. | Case No.:    19-19072<br>Chapter:    13<br>Judge:    SLM<br><br>Hearing Date:  November 10, 2021 at 10:00 a.m. |

# ORDER RESOLVING MOTION FOR RELIEF
# SUBMITTED UNDER THE CONSENT OF THE PARTIES

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 12, 2021**

/s/ Stacey L. Meisel

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Carol Gordon
Case No:  19-19072/SLM
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF

---

Upon consideration of ("Movant") Secured Creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT's motion for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth; and Debtor having filed opposition thereto; and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within; and for cause shown, it is hereby;

**ORDERED** as follows:

1. Debtor's post-petition mortgage arrearages for the months January 1, 2020 through October 1, 2021 total $47,137.26.

2. The amount of $27,000.00 shall be rolled into Debtor's Chapter 13 plan as an administrative claim and shall be paid to Movant over the remaining term of Debtor's plan.

3. The Debtor shall file a Modified Plan with fifteen (15) days from the date of this Order.

4. The Trustee shall adjust her records to reflect the increased amount due to Movant pursuant to this Order and pay said increased claim to Movant in normal course.

5. Debtor shall tender her November 1, 2021 timely.  If Debtor does not tender the November 1st post-petition payment on or before November 30, 2021, <u>then Movant is hereby granted relief from the automatic stay with no further leave of Court.</u>

6. Commencing with the December 1, 2021 post-petition payment and continuing each month thereafter through and including November 1, 2023, Debtor shall remit regular monthly mortgage payments, plus 1/24 of the balance of the above arrearage ($839.06).

**(Page 3)**
Debtor:   Carol Gordon
Case No:  19-19072/SLM
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF

7.      Commencing with the December 1, 2023 post-petition mortgage installment payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

8.      Debtor shall reimburse Movant through her Chapter 13 Plan of Reorganization as an administrative claim the sum of $538.00 for attorney's fees and costs incurred by Movant in the prosecution of its motion for relief from stay.

9.      **Thirty-Day Default Clause:**   If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant, its successors and/or assigns, for more than (30) days from the due date, <u>then Movant is hereby granted relief from the automatic stay with no further leave of Court.</u>

10.     Movant shall serve a copy of the executed order on all interested parties who have not yet been served electronically by the Court.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 19-19072-SLM

Carol H. Shaw-Gordon                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                User: admin                               Page 1 of 2

Date Rcvd: Nov 12, 2021                  Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

**Recip ID              Recipient Name and Address**
db                     +    Carol H. Shaw-Gordon, 555 Park Avenue, Paterson, NJ 07504-1006

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021                        Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:**

**Name                          Email Address**

Denise E. Carlon
                                       on behalf of Creditor Towd Point Mortgage Trust 2017-6  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Emmanuel J. Argentieri
                                       on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com

Joseph Sourial
                                       on behalf of Debtor Carol H. Shaw-Gordon joseph@souriallaw.com  r58154@notify.bestcase.com

Marie-Ann Greenberg
                                       magecf@magtrustee.com

Rebecca Ann Solarz
                                       on behalf of Creditor Towd Point Mortgage Trust 2017-6  U.S. Bank National Association, as Indenture Trustee rsolarz@kmllawgroup.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 12, 2021 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6