Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−19072−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol H. Shaw−Gordon
   555 Park Avenue
   Paterson, NJ 07504

Social Security No.:
   xxx−xx−6671

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 12, 2019.

On 11/24/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:               January 12, 2022
Time:              08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 29, 2021
JAN: smz

                                                                                                            Jeanne Naughton
                                                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19072-SLM |
| Carol H. Shaw-Gordon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 29, 2021 | Form ID: 185 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol H. Shaw-Gordon, 555 Park Avenue, Paterson, NJ 07504-1006 |
| 518225314 | + | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |
| 518340391 | + | Leroy Gordon, 555 Park Ave, Paterson, NJ 07504-1006 |
| 518279808 | | Navient Solutions, LLC on behalf of, Texas Guaranteed Student Loan, Corporation DBA Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 518225322 | #+ | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 518225323 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518349997 | | Towd Point Mortgage Trust 2017-6, Et Al..., c/o Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518347112 | + | U.S. Bank National Association, Trustee, for the RMAC Trust, Series 2016-CTT, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 518347719 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 29 2021 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 29 2021 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518225308 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 20:59:53 | Best Buy/cbna, Citibank Corp/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518225309 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2021 20:59:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518259519 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 29 2021 21:00:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518225312 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 20:59:53 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 518225313 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2021 20:50:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518340390 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 29 2021 20:50:00 | Department of Treasury, Internal Revenue Service, Fresno, CA 93888-0025 |
| 518225311 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 29 2021 20:59:41 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518339842 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2021 21:00:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518225321 | + | Email/PDF: pa_dc_claims@navient.com | Nov 29 2021 20:59:43 | Navient, Attn: Bankruptcy, Po Box 9000, |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2021 | Form ID: 185 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 518346121 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Wiles-Barr, PA 18773-9000 |
| | | | Nov 29 2021 20:59:43 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518225324 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 29 2021 20:59:56 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518225310 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518225317 | *+ | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518225319 | *+ | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518375943 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518225315 | *+ | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |
| 518225316 | *+ | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |
| 518225318 | *+ | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |
| 518225320 | *+ | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2021              Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2017-6  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com |
| Joseph Sourial | on behalf of Debtor Carol H. Shaw-Gordon joseph@souriallaw.com  r58154@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Towd Point Mortgage Trust 2017-6  U.S. Bank National Association, as Indenture Trustee rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Nov 29, 2021 Form ID: 185 Total Noticed: 22
TOTAL: 6