Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19072−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol H. Shaw−Gordon
   555 Park Avenue
   Paterson, NJ 07504

Social Security No.:
   xxx−xx−6671

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 13, 2022.

Dated: January 13, 2022
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                          Case No. 19-19072-SLM
Carol H. Shaw-Gordon                                                                                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Jan 13, 2022 | Form ID: plncf13 | Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol H. Shaw-Gordon, 555 Park Avenue, Paterson, NJ 07504-1006 |
| 518225314 | + | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |
| 518340391 | + | Leroy Gordon, 555 Park Ave, Paterson, NJ 07504-1006 |
| 518279808 | | Navient Solutions, LLC on behalf of, Texas Guaranteed Student Loan, Corporation DBA Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 518225322 | #+ | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 518225323 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518349997 | | Towd Point Mortgage Trust 2017-6, Et Al..., c/o Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518347112 | + | U.S. Bank National Association, Trustee, for the RMAC Trust, Series 2016-CTT, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 518347719 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2022 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2022 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518225308 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 20:50:13 | Best Buy/cbna, Citibank Corp/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518225309 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 20:50:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518259519 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2022 20:50:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518225312 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 20:50:20 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 518225313 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2022 20:46:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518340390 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2022 20:46:00 | Department of Treasury, Internal Revenue Service, Fresno, CA 93888-0025 |
| 518225311 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2022 20:50:16 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518339842 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 20:50:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518225321 | + | Email/PDF: pa_dc_claims@navient.com | Jan 13 2022 20:50:17 | Navient, Attn: Bankruptcy, Po Box 9000, |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: plncf13 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | Wiles-Barr, PA 18773-9000 |
| 518346121 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 13 2022 20:50:11 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518225324 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2022 20:50:01 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518225310 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518225317 | *+ | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518225319 | *+ | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518375943 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518225315 | *+ | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |
| 518225316 | *+ | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |
| 518225318 | *+ | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |
| 518225320 | *+ | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2017-6 U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com |
| Joseph Sourial | on behalf of Debtor Carol H. Shaw-Gordon joseph@souriallaw.com r58154@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Towd Point Mortgage Trust 2017-6 U.S. Bank National Association, as Indenture Trustee rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Jan 13, 2022 Form ID: plncf13 Total Noticed: 22
TOTAL: 6