| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> Marie-Ann Greenberg MAG-1284 <br> Marie-Ann Greenberg, Standing Trustee <br> 30 TWO BRIDGES ROAD <br> SUITE 330 <br> FAIRFIELD, NJ  07004-1550 <br> 973-227-2840 <br> Chapter 13 Standing Trustee | |
| IN RE: <br><br> CAROL H. SHAW-GORDON | Case No.: 19-19072 <br><br> Adv. No.: <br><br> Hearing Date: <br><br> Judge:  SLM |

### CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 01/24/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
CAROL H. SHAW-GORDON
555 PARK AVENUE
PATERSON, NJ  07504
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JOSEPH SOURIAL
301 ROUTE 17 NORTH
SUIRE 800
RUTHERFORD, NJ  07070
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  January 24, 2023

By:  /S/  Jessica Antoine
Jessica Antoine