Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−19072−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol H. Shaw−Gordon
   555 Park Avenue
   Paterson, NJ 07504

Social Security No.:
   xxx−xx−6671

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/10/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: February 10, 2023
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Carol H. Shaw-Gordon  
    Debtor

Case No. 19-19072-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 10, 2023      Form ID: 148      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol H. Shaw-Gordon, 555 Park Avenue, Paterson, NJ 07504-1006 |
| 518225314 | #+ | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |
| 518340391 | + | Leroy Gordon, 555 Park Ave, Paterson, NJ 07504-1006 |
| 518347719 |  | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518225308 | + | EDI: CITICORP.COM | Feb 11 2023 01:39:00 | Best Buy/cbna, Citibank Corp/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518225309 | + | EDI: CAPITALONE.COM | Feb 11 2023 01:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518259519 | + | EDI: AIS.COM | Feb 11 2023 01:44:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518225312 | + | EDI: CITICORP.COM | Feb 11 2023 01:39:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 518225313 | + | EDI: WFNNB.COM | Feb 11 2023 01:44:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518340390 | | EDI: IRS.COM | Feb 11 2023 01:39:00 | Department of Treasury, Internal Revenue Service, Fresno, CA 93888-0025 |
| 518225311 | | EDI: JPMORGANCHASE | Feb 11 2023 01:39:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518339842 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2023 21:03:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518225321 | + | EDI: NAVIENTFKASMSERV.COM | Feb 11 2023 01:44:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518346121 | | EDI: PRA.COM | Feb 11 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518225322 | + | Email/Text: flyersprod.inbound@axisai.com | Feb 10 2023 20:49:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 518225323 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| Recip ID | Bypass | Notice Type / Contact | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 10 2023 20:50:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518225324 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518279808 | | Email/Text: bkyelectnotices@trelliscompany.org | Feb 10 2023 20:49:00 | Navient Solutions, LLC on behalf of, Texas Guaranteed Student Loan, Corporation DBA Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 518349997 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 10 2023 20:50:00 | Towd Point Mortgage Trust 2017-6, Et Al..., c/o Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518347112 | + | Email/Text: flyersprod.inbound@axisai.com | Feb 10 2023 20:49:00 | U.S. Bank National Association, Trustee, for the RMAC Trust, Series 2016-CTT, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 519824720 | + | Email/Text: EBN@edfinancial.com | Feb 10 2023 20:49:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518225310 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518225317 | *+ | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518225319 | *+ | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518375943 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518225315 | *+ | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |
| 518225316 | *+ | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |
| 518225318 | *+ | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |
| 518225320 | *+ | FedLoan Servicing, Attn: Bankruptcy Po Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2017-6  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as Trustee for the RMAC Trust, |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 148 | Total Noticed: 23 |

    Series 2016-CTT bk@rgalegal.com

Joseph Sourial

    on behalf of Debtor Carol H. Shaw-Gordon joseph@souriallaw.com r58154@notify.bestcase.com

Marie-Ann Greenberg

    magecf@magtrustee.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5